**Electronically Filed
Supreme Court
SCWC-23-0000722
13-OCT-2025
01:08 PM
Dkt. 18 ODAC**

SCWC-23-0000722

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

NORDIC PCL CONSTRUCTION, INC., f/k/a NORDIC CONSTRUCTION, LTD.,
Petitioner/Plaintiff-Appellee,

vs.

LPIHGC, LLC; FIDELITY AND DEPOSIT COMPANY OF MARYLAND;
and MAUI BEACH RESORT LIMITED PARTNERSHIP,
Respondents/Defendants-Appellants,

And

LEDCOR INDUSTRIES (USA) INC.,
Respondent/Defendant-Appellee.
(CAAP-19-0000046; CASE NO. 1CC1810000689)

-------------------------------------------------------------

IN THE MATTER OF THE ARBITRATION OF
NORDIC PCL CONSTRUCTION, INC. f/k/a NORDIC CONSTRUCTION, LTD.,
Petitioner/Claimant-Counterclaim Defendant-Appellant,

vs.

LPIHGC, LLC,
Respondent/Respondent-Counterclaimant-Appellee.
(CAAP-23-0000722; CASE NO. 1CSP-23-0000427)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J.; Eddins and Ginoza, JJ.,
Circuit Judge Cahill in place of Devens, J., recused,
and Circuit Judge Costa, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on August 18, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 13, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Peter T. Cahill

/s/ Brian A. Costa